United States District Court
Southern District of Texas
**ENTERED**
November 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **MANWANI'S EXCHANGE, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:22-CV-00047 |
| § | |
| **TRAVELERS PROPERTY CASUALTY** § | |
| **COMPANY OF AMERICA,** § | |
| § | |
| Defendant. | |

## ORDER

Pending is the Magistrate Judge's Report and Recommendation (Dkt. 13) recommending that Defendant's Opposed Motion to Preclude Attorney's Fees (Dkt. 3) be granted. The parties have been duly noticed regarding the filing of objections, and the applicable 14-day timeframe for the filing of objections has now lapsed. Noting that no objections have been filed and having now reviewed the matter as provided by 28 U.S.C. § 636, the Court concludes that the Report and Recommendation should be and is hereby ACCEPTED. Thus, Defendant's Opposed Motion to Preclude Attorney's Fees (Dkt. 3) is GRANTED.

IT IS SO ORDERED.

SIGNED this November 1, 2022.

_____
Diana Saldaña
United States District Judge